UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24894-CIV-MORENO

STEVEN IVANKOVICH,

    Plaintiff,

vs.

JEANETTE IVANKOVICH and SCHILLER DUCANTO & FLECK LLP,

    Defendants.
_____/

### ORDER DENYING PLAINTIFF'S MOTION FOR REMAND AS WITHDRAWN

THIS CAUSE came before the Court upon Plaintiff's Motion for Remand **(D.E. 11)**, filed on **January 19, 2024**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED AS WITHDRAWN, as indicated by Plaintiff's Corrected Motion for Remand **(D.E. 12)**.

DONE AND ORDERED in Chambers at Miami, Florida, this 23 of January 2024.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record