**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| STEVEN IVANKOVICH, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )    Case No. 1:23-cv-24894-FAM |
| | ) |
| JEANETTE IVANKOVICH and | ) |
| SCHILLER DUCANTO & FLECK LLP, | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE CORRECTED**
**REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT**

Defendants, JEANETTE IVANKOVICH ("Jeanette") and SCHILLER DuCANTO & FLECK LLP ("SDF") (collectively, "Defendants"), by and through their undersigned counsel, hereby move for leave to file a corrected reply brief in support of their motion pursuant to Fed. R. Civ. P. 12(b)(1) and (6) for entry of an order dismissing the Complaint of Plaintiff, STEVEN IVANKOVICH ("Steven"), with prejudice. In support thereof, Defendants state as follows:

On February 12, 2024, Defendants filed a reply brief [D.E. 22] in support of their motion to dismiss Steven's Complaint [D.E. 9]. Footnote No. 1 on page 3 of the reply brief stated as follows: "Coincidentally, Jeanette recently filed a motion in the Illinois divorce case to join the limited liability companies who are the beneficiaries of the charging order entered against Steven." Defendants seek leave to correct the statement made in this footnote as the motion to join filed by Jeanette in the Illinois divorce case does not seek to join the beneficiary of the charging ordered against Steven [D.E. 1-1 at pp. 26-28]. Instead, Jeanette's motion to join seeks to join a number of limited liability companies in which Steven has an interest. Steven's interests in those entities are partially the subject of the charging order. *See* Jeanette's Motion to Join (sans exhibits), attached hereto as **Exhibit A**.

Accordingly, Defendants seek leave to file a corrected reply brief, a copy of which is attached hereto as **Exhibit B**. The only alteration in the corrected reply brief is to change the aforementioned footnote, which now reads as follows: "Coincidentally, Jeanette recently filed a motion in the Illinois divorce case to join certain limited liability companies in which Steven has an interest, the interests of which are subject to the charging order entered against Steven."

WHEREFORE, Defendants, JEANETTE IVANKOVICH and SCHILLER DuCANTO & FLECK LLP, respectfully request that the Court grant Defendants leave to file their corrected reply brief in support of their motion to dismiss Plaintiff's Complaint and grant any other relief the Court deems just.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY that the undersigned has conferred with counsel for Plaintiff regarding the relief requested in this Motion, and Plaintiff (through counsel) has confirmed that Plaintiff does not oppose the relief requested in this Motion.

Respectfully submitted,

/s/ Alexandra L. Tifford
Alexandra L. Tifford
Fla. Bar No. 0178624
Email: atifford@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone:   (305) 789-9200
Facsimile:   (305) 789-9201

and

/s/ Joseph R. Marconi
Joseph R. Marconi
Admitted *pro hac vice*
Email: marconi@jbltd.com
Johnson & Bell
33 West Monroe Street, Ste. 2700
Chicago, IL 60603-5404

/s/Ramses Jalalpour
Ramses Jalalpour
Admitted *pro hac vice*
Email: jalalpourr@jbltd.com
Johnson & Bell
33 West Monroe Street, Ste. 2700
Chicago, IL 60603-5404

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Alexandra L. Tifford
Alexandra L. Tifford

## SERVICE LIST

CASE NO. 23-cv-24894-FAM

Allison Rub-Rodriguez
Email: allison@repinespa.com
Allison Rub-Rodriguez, P.A.
3301 Ponce de Leon Blvd., Suite 200
Coral Gables, FL 33134
*Counsel for Plaintiff*

Jason Wandner
Email: jason@wandnerlaw.com
Law Offices of Jason M. Wandner, P.A.
100 N. Biscayne Blvd., Ste. 1607
Miami, FL 33132
*Counsel for Plaintiff*